
RECEIVED MAILROOM
SEP 12 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

CLERKS OFFICE
U.S. DISTRICT COURTHOUSE
EASTERN DISTRICT - ALEXANDRIA DIVISION
401 COURTHOUSE SQUARE
ALEXANDRIA VA 22314

RE: SUBSTITUTION OF COUNSEL

DEAR CLERK,
    MY NAME IS NICK HAITEH. ON JULY 11th '19 THE COURT APPOINTED ME COUNSEL FROM THE FEDERAL PUBLIC DEFENDERS OFFICE TO HELP ME GET RELIEF ON A 924(c) CONVICTION IN light OF U.S. v. DAVIS & U.S. v SIMMS. ON 8/28/19 THE FEDERAL PUBLIC DEFENDER FILED A MOTION FOR SUBSTITUTION OF COUNSEL, HEREIN lIES MY ISSUE I DONT KNOW WHO THE SUBSTITUTION IS. CAN YOU PLEASE GIVE ME THE NEW COUNSELS NAME, PHONE AND ADDRESS SO THAT I MAY CONTACT THEM. IT IS FROM MY UNDERSTANDING THAT THIS IS A TIME SENSITIVE ISSUE & NEEDS TO BE ADDRESSED IMMEDIATELY THANK YOU FOR YOUR TIME & PATIENCE

→

AND MAY THE REST OF YOUR DAY BE BLESSED.

SINCERELY,

Nick Haiteh.
*Nick Haiteh*

CONTACT INFO: Nick HAITEH # 44983-083
UNITED STATES PENITENTIARY
HAZELTON
P.O. BOX 2000
BRUCETON MILLS WVA 26525